| | |
|---|---|
| STUART G. GROSS (#251019)<br>sgross@grosskleinlaw.com<br>**GROSS & KLEIN LLP**<br>The Embarcadero<br>Pier 9, Suite 100<br>San Francisco, CA 94111<br>t (415) 671-4628<br>f (415) 480-6688<br><br>SHARON E. DUGGAN (#105108)<br>foxsduggan@aol.com<br>**ATTORNEY AT LAW**<br>370 Grand Avenue Suite 5<br>Oakland, CA 94610<br>t (510) 271-0825<br>f (510) 271-0829 | JOSEPH W. COTCHETT (#36324)<br>jcotchett@cpmlegal.com<br>PHILIP L. GREGORY (#95217)<br>pgregory@cpmlegal.com<br>PAUL N. MCCLOSKEY (#24541)<br>pmccloskey@cpmlegal.com<br>**COTCHETT, PITRE & MCCARTHY, LLP**<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>t (650) 697-6000<br>f (650) 697-0577 |

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FRIENDS OF DEL NORTE**; **ENVIRONMENTAL PROTECTION INFORMATION CENTER**; and **CENTER FOR BIOLOGICAL DIVERSITY**,<br><br>Plaintiffs,<br>v.<br><br>**CALIFORNIA DEPARTMENT OF TRANSPORTATION**; **MALCOLM DOUGHERTY**, in his official capacity as Director of the State of California Department of Transportation; the **NATIONAL MARINE FISHERIES SERVICE**; and **CHRIS OLIVER**, in his official capacity as Acting Assistant Administrator for Fisheries,<br><br>Defendants. | Case No. 13-cv-4407 (JD)<br><br>**STIPULATION AND [PROPOSED] ORDER AMENDING STIPULATED ORDER, DKT. NO. 97** |

STIPULATION AND [PROPOSED] ORDER AMENDING STIPULATED ORDER, DKT. NO. 97

Gross & Klein LLP
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111

WHEREAS, the instant action arose out of a challenge by Plaintiffs Friends of Del Norte, et al. (collectively "Plaintiffs")[1] to the environmental review of a proposed project along the Smith River in Del Norte County (the "Proposed "Project"), by the California Department of Transportation ("Caltrans") and National Marine Fisheries Service ("NMFS," collectively with Caltrans and their respective officials sued in this action in their official capacities, "Defendants");

WHEREAS, this Court, on Plaintiffs' motion, issued a Preliminary Injunction, enjoining further work on the Proposed Project, pending final resolution of the action (the "Preliminary Injunction"), Dkt. No. 87;

WHEREAS, subsequent to entry of the Preliminary Injunction, Caltrans began the process of re-initiation of consultation with NMFS, under the Endangered Species Act ("ESA") and the Magnuson-Stevens Fisheries Conservation Act ("MSA"), for coho salmon and its designated critical habitat under the ESA and essential fish habitat under MSA, including preparation of a new biological assessment and essential fish habitat assessment by Caltrans;

WHEREAS, in light of the foregoing and at the suggestion of the Court, Plaintiffs and Defendants (collectively, the "Parties") entered into a stipulation, which was subsequently entered as an order by the Court, which provides, in summary, for the dismissal of the instant action but the continuation of the Preliminary Injunction unless and until certain conditions were met, Dkt. No. 97 (the "Stipulated Order," attached hereto as <u>Exhibit A</u> for the Court's convenience);

WHEREAS, more specifically, Paragraph 2 of the Stipulated Order requires that Defendants provide notice to Plaintiffs of further agency decisions or actions concerning the Proposed Project (the "Notice"), and requires that the Notice be accompanied by specified documents in order to be effective;

WHEREAS, Paragraphs 2 and 3 of the Stipulated Order further provide that, in the event Plaintiffs file a new complaint within ninety (90) days of Defendants' provision of the Notice (the "New Complaint Filing Deadline"), Defendants are barred from making certain arguments,

---

[1] Ted Souza, who was among the original Plaintiffs, is deceased.

STIPULATION AND [PROPOSED] ORDER AMENDING STIPULATED ORDER, DKT. NO. 97

1

1 including on statute of limitations grounds, in support of dismissal of such a complaint;

2 WHEREAS, Paragraph 4 of the Stipulated Order further provides that, in the event Plaintiffs file such a new complaint within the New Complaint Filing Deadline, the Preliminary Injunction shall continue in force until the Court issues an order terminating or modifying the Preliminary Injunction upon motion or stipulation;

WHEREAS, a dispute has arisen between Caltrans and Plaintiffs concerning the date on which Caltrans provided the Notice, in compliance with the requirements of Paragraph 2 of the Stipulated Order;

WHEREAS, the parties have reached a compromise to address this dispute, the terms of which are memorialized below; and

WHEREAS, the signatories below have authorized the filer of this Stipulation to sign on their behalves:

THE PARTIES HEREBY STIPULATE AND AGREE, IN ACCORDANCE WITH CIVIL LOCAL RULE 7-12, SUBJECT TO COURT APPROVAL:

1. The New Complaint Filing Deadline is January 5, 2018;

2. Consistent with the New Complaint Filing Deadline, the following dates and references in the Stipulated Order are modified:

   (a) Defendant shall not seek dismissal of any claim in Plaintiffs' new filed Complaint as untimely and/or barred by an applicable statute of limitations if it is filed on or before January 5, 2018, unless such claim would have been untimely if brought in the First Amended Complaint in this action (ECF Doc. 74). (Paragraph 2)

   (b) For claims brought after January 5, 2018, amendment or supplementation of the Complaint shall be governed by Federal Rule of Civil Procedure 15. (Paragraph 3)

   (c) The Order Granting Preliminary Injunction (ECF Doc. 87) shall continue in force until the Court issues an order terminating or modifying the injunction upon motion or stipulation, unless a new Complaint is not filed by Plaintiffs on or before January 5, 2018, in which case it shall be automatically terminated. (Paragraph 4)

3. No other provision of the Stipulated Order is modified or changed.

4. In the event and to the extent that Plaintiffs ground any claim in a new complaint on documents provided by Defendant State of California and Malcolm Dougherty ("State Defendants") to Plaintiffs after November 4, 2017, State Defendants are barred from challenging such claims on the ground that Plaintiffs' Notice of Intent to Sue, sent on November 4, 2017, did not adequately describe such claims.

Respectfully Submitted,

DATED: November 22, 2017

*/s/Stuart G. Gross*
Stuart G. Gross,
GROSS & KLEIN LLP
*Attorney for Plaintiffs*

DATED: November 22, 2017

*/s/Janet Wong*
Janet Wong, *Attorney for Defendants*
CALIFORNIA DEPARTMENT OF
TRANSPORTATION and MALCOLM
DOUGHERTY

DATED: November 22, 2017

*/s/Clifford Stevens*
Clifford Stevens, *Attorney for Federal Defendants*
NATIONAL MARINE FISHERIES SERVICE and
CHRIS OLIVER

## [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATE: _____

JAMES DONATO

UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER AMENDING STIPULATED ORDER, DKT. NO. 97

3